# JOSEPH R. BENFANTE, P.C.
ATTORNEY AT LAW
225 BROADWAY, SUITE 2700
NEW YORK, NEW YORK 10007
WWW.BENFANTELAW.COM

JOSEPH R. BENFANTE

JON L. NORINSBERG
  OF COUNSEL

TELEPHONE: (212) 227-4700

FACSIMILE: (212) 406-6890

December 14, 2011

Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Room N406
Brooklyn, New York 11201

Re: **U.S. v. Joseph Marra**
**11 Cr. 635 (KAM)**
**Letter seeking to withdraw defendant's recent letter to the Court deemed a "Sentencing Memorandum"**

Dear Judge Matsumoto;

Please be advised that the undersigned attorney represents Joseph Marra and has represented Mr. Mara since his arrest and arraignment herein.

On behalf of Mr. Marra, I seek to address a letter which was sent to the Court by him. Said letter has been characterized as Mr. Marra's "Sentencing Memorandum" – as per ECF posting.

Yesterday I visited Mr. Marra at the MDC, whereby Mr. Marra explained that a "Jail House" lawyer, who upon information and belief meets with inmates at the MDC law library – urged him incorrectly to write said letter. Consequently, Mr. Marra mistakenly sent said letter relevant to a guideline issue, which clearly does not pertain to this case.

**JOSEPH R. BENFANTE**

Page 2
December 14, 2011
Honorable Kiyo A. Matsumoto

    Accordingly, Mr. Marra hereby seeks to withdraw said letter presently deemed a "Sentencing Memorandum". As his retained counsel, I shall continue to act as attorney on his behalf on all matters, specifically matters concerning his upcoming sentencing.

                                      Restfully submitted,

                                      JOSEPH R. BENFANTE

JRB/nb

cc: A.U.S.A. Alon Lifshitz